No. 126, Orig. KANSAS *v.* NEBRASKA ET AL. It is ordered that the Honorable Vincent L. McKusick, Esq., of Portland, Me., be appointed Special Master in this case with authority to fix the time and conditions for the filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Special Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his legal, technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses, including travel expenses, shall be charged against and be borne by the parties in such proportion as the Court may hereafter direct. Motion of Nebraska to dismiss the complaint is referred to the Special Master. [For earlier order herein, see, *e. g.*, 527 U. S. 1020.]

No. 98–1811. GEIER ET AL. *v.* AMERICAN HONDA MOTOR CO., INC., ET AL. C. A. D. C. Cir. [Certiorari granted, 527 U. S. 1063.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–7540. CARMELL *v.* TEXAS. Ct. App. Tex., 2d Dist. [Certiorari granted, 527 U. S. 1002.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 98–1828. VERMONT AGENCY OF NATURAL RESOURCES *v.* UNITED STATES EX REL. STEVENS. C. A. 2d Cir. [Certiorari granted, 527 U. S. 1034.] Motion of the Solicitor General for divided argument granted.

No. 99–56. GILES *v.* SONS OF CONFEDERATE VETERANS, INC., *ante*, p. 871. Motion of respondent for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Fifth Circuit.

No. 99–6033. IN RE VENERI. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 926] denied.

No. 99–6433. WRIGHT *v.* SOUTH DAKOTA. Ct. App. Colo. Motion of petitioner for leave to proceed *in forma pauperis* de-